■ In the Matter of Judicial Settlement of the Final Account of MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent-Appellant, as Executor of JOHN CLARKE ADAMS, Deceased. PE-

TER ADAMS et al., Individually and as Testamentary Trustees of Their Children ARMAND ADAMS and Others, Appellants-Respondents. [903 NYS2d 297]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto and Pine, JJ.